IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
SHANNON B. SCOTT,            )
                             )
    Plaintiff,               )
                             )       CIVIL ACTION NO.
    v.                       )         1:15cv428-MHT
                             )            (WO)
HOUSTON ECONOMIC             )
DEVELOPMENT ASSOCIATION,     )
a non-profit Alabama         )
corporation,                 )
                             )
    Defendant.               )
```

**JUDGMENT**

The court having been informed that this cause is now settled, it is the ORDER, JUDGMENT, and DECREE of the court that this lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs and with leave to the parties, within 49 days, to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within 49 days, a motion to have the dismissal set aside and

the case reinstated or the settlement enforced, should the settlement not be consummated.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of February, 2016.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE